UNITED STATES DISTRICT COURT 
 DISTRICT OF MINNESOTA 

In re: BAIR HUGGER FORCED AIR MDL No. 15-2666 (JNE/DTS) 
WARMING DEVICES PRODUCTS ORDER 
LIABILITY LITIGATION 

This Document Relates to: 

Case No. 17-cv-101 (Garry Anderson v. 3M Company and Arizant Healthcare, Inc.) 

This case is before the Court on Garry Anderson’s motion to proceed on appeal in 
forma pauperis. See Fed. R. App. 24(a)(1). To qualify for in forma pauperis status on 
appeal, a litigant who appeals from a judgment in a civil action must submit information 
that demonstrates the litigant’s inability to pay, or give security for, the appellate filing 
fees. 28 U.S.C. § 1915(a)(1). Even if the litigant is financially eligible to proceed on 
appeal in forma pauperis, the litigant may not appeal in forma pauperis if the district 
court “certifies in writing that [the appeal] is not taken in good faith.” Id. § 1915(a)(3). 
A party demonstrates good faith by seeking appellate review of issues that are not 
frivolous. Coppedge v. United States, 369 U.S. 438, 445 (1962). 
According to his notice of appeal, Anderson is appealing because he was “forced 
to accept that [his] attorney asked to be released from [his] case.” In his motion to 
proceed on appeal in forma pauperis, he stated that he is “asking for assistance” due to 
his attorney’s withdrawal. Anderson did not object to the order that granted his 
attorney’s motion to withdraw. His case was moved from Group 1 to Group 3 “[t]o 
provide [him] sufficient time to obtain substitute counsel.” (Docket No. 25) Anderson 
has “no constitutional or statutory right to appointed counsel.” Ward v. Smith, 721 F.3d 
940, 942 (8th Cir. 2013). As set forth in the November 2025 Report and 
Recommendation, he “repeatedly failed to prosecute this case” in the months since his 
attorney’s withdrawal. 

Although the information submitted by Anderson indicates that he is financially 
eligible to proceed on appeal in forma pauperis, he has not demonstrated that he seeks 
“appellate review of any issue not frivolous.” Coppedge, 369 U.S. at 445. The Court 
therefore certifies that the appeal is not taken in good faith and denies his motion to 
proceed on appeal in forma pauperis. 

Based on the files, records, and proceedings herein, and for the reasons stated 
above, IT IS ORDERED THAT: 
1. Anderson’s motion to proceed on appeal in forma pauperis [Docket Nos. 34 
 & 36] is DENIED. 
Dated: February 20, 2026 
 s/Joan N. Ericksen 
 JOAN N. ERICKSEN 
 United States District Judge